THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* BRUCE SANTORO, Petitioner-Appellant.

(No. 57310;

First District (2nd Division)—June 5, 1973.

*Supplemental opinion upon denial of rehearing August 28, 1973.*

PER CURIAM.

DOWNING, J., took no part.

Paul Bradley, of Defender Project, of Chicago, (Kenneth L. Jones, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (James Veldman and Douglas Cannon, Assistant State's Attorneys, of counsel,) for the People.